**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTHA FIGUEROA-ZAVALA, AKA Marta Zavala Luna, AKA Martha Zavala Luna,<br><br>          Petitioner,<br><br>  v.<br><br>ROBERT M. WILKINSON, Acting Attorney General,<br><br>          Respondent. | No.   19-71760<br><br>Agency No. A204-149-438<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2021[**]

Before:     McKEOWN, CALLAHAN, and BRESS, Circuit Judges.

Martha Figueroa-Zavala, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for relief under the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for substantial evidence the agency's factual findings.  *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006).  We deny the petition for review.

In her opening brief, Figueroa-Zavala does not challenge the agency's denial of her asylum and withholding of removal claims.  *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).

Substantial evidence supports the agency's denial of CAT relief because Figueroa-Zavala failed to show it is more likely than not she will be tortured by or with the consent or acquiescence of the government if returned to Mexico.  *See Aden v. Holder*, 589 F.3d 1040, 1047 (9th Cir. 2009); *see also Garcia-Milian v. Holder*, 755 F.3d 1026, 1033-35 (9th Cir. 2014) (concluding that petitioner did not establish the necessary "state action" for CAT relief); *Dhital v. Mukasey*, 532 F.3d 1044, 1051 (9th Cir. 2008) ("the petitioner must demonstrate that he would be subject to a *particularized threat* of torture" (citation and internal quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**